**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| JAMES LOYD, et al. | ) | CASE NO. 1:08CV2301 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| | ) | |
| HUNTINGTON NATIONAL BANK, et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. 455, the Court recuses himself from the above-captioned matter. The Court directs that this action be returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

<u>S/Christopher A. Boyko</u>
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

CASE REASSIGNED TO: The Honorable Judge David D. Dowd, Jr.

January 7, 2009