IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOYD, et al., | ) | CASE NO.: 1:08 CV 2301 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| HUNTINGTON NATIONAL BANK, et al., | ) | |
| | ) | MEMORANDUM OPINION |
| Defendants. | ) | AND ORDER |
| | ) | |

This case is before the Court on the motion of Defendant State Street Corp. (parent company of State Street Bank & Trust Co.) (collectively "State Street"). (ECF #106). State Street moves to be dismissed from this action with prejudice. Plaintiffs acknowledge in their Response to Defendants' Motion to Dismiss (ECF # 157) that State Street was improperly named as a Defendant in this action, and they agree that dismissal is appropriate. Defendant State Street is, therefore, dismissed from this action with prejudice. **IT IS SO ORDERED.**

／s／ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: May 18, 2009